■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PUBLIC SERVICE MUTUAL INSURANCE COMPANY, Appellant, et al., Defendant.— In a proceeding pursuant to CPL 540.30, arising out of a criminal action, for the remission of a forfeiture of bail, the Public Service Mutual Insurance Company, as surety, appeals from two orders of the Supreme Court, Queens County, the first dated October 20, 1971, denying its application and the second dated November 12, 1971, granting reargument and adhering to the original determination. Order dated November 12, 1971, modified on the law, on the facts, and in the exercise of discretion, without costs, to the extent of granting remission of all but $500 of the bail forfeited and, as so modified, affirmed. In our opinion and in view of all the circumstances, the amount of the forfeiture was excessive to the extent indicated. Appeal from order of October 20, 1971, dismissed as academic. Hopkins, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOLORES REHN, Appellant.— Judgment of the County Court, Westchester County, dated November 13, 1970, affirmed. No opinion. Martuscello, Latham, Gulotta and Christ, JJ., concur; Munder, Acting P. J. I agree that the judgment convicting defendant of manslaughter, first degree, and unlawful possession of a weapon, should be affirmed. I should like to note, however, that the conduct underlying the conviction appears to have been that of a distraught woman who acted on impulse rather than by design. This, it seems to me, suggests that defendant might be a suitable candidate for early release, a course open to the Parole Board in view of the fact that the court imposed maximum (concurrent) terms, but set no minimum periods (see, Penal Law, § 70.00; Correction Law, § 212).